## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**ESTATE OF HENRY MISSICK aka**
**ANTHONY ALEXANDER JONES by and**
**Through Personal Representative**
**OWEN GOODWYNE**                                                     **PLAINTIFF**

**VERSUS**                         **CIVIL ACTION NO. 5:23-cv-21-KS-BWR**

**CORECIVIC, INC.**                                                             **DEFENDANT**

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT CORECIVIC, INC.

In accordance with Federal Rule of Civil Procedure 7.1, Defendant CoreCivic, Inc. hereby provides the following Corporate Disclosure Statement:

(1)     CoreCivic, Inc. does not have a parent corporation; and

(2)     No publicly held company owns ten percent (10%) or more of CoreCivic, Inc.'s stock.

Furthermore, in compliance with Rule 7.1(a)(2)(A), CoreCivic, Inc. discloses that is a corporation formed in the state of Maryland, with its principal place of business in Tennessee. As such, Defendant is a citizen of Maryland and Tennessee.

Dated: March 22, 2023

                                                  DEFENDANT CORECIVIC, INC.

                                                  */s/ Anna Little Morris*
                                                  LEM MONTGOMERY, MB # 100686
                                                  ANNA LITTLE MORRIS, MB # 105299
                                                  Butler Snow LLP
                                                  1020 Highland Colony Parkway
                                                  Suite 1400
                                                  Ridgeland, MS 39157
                                                  Phone: 601-985-4410
                                                  Fax:    601-985-4500

lem.montgomery@butlersnow.com  
anna.morris@butlersnow.com

ITS ATTORNEYS

## **CERTIFICATE OF SERVICE**

I, Anna Little Morris, one of the attorneys for CoreCivic, Inc., do hereby certify that I have this day served a true and correct copy of the foregoing document by filing it using the ECF system which sent notice of such filing to all counsel of record.

SO CERTIFIED this the 22nd day of March, 2023.

<i>/s/ Anna Little Morris</i>  
Anna Little Morris

68278075.v1