# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**ESTATE OF HENRY MISSICK aka**
**ANTHONY ALEXANDER JONES by and**
**Through Personal Representative**
**OWEN GOODWYNE**                                                                                         **PLAINTIFF**

**VERSUS**                                             **CIVIL ACTION NO. 5:23-cv-21-KS-BWR**

**CORECIVIC, INC.**                                                                                          **DEFENDANT**

## NOTICE OF SERVICE OF RULE 26(a)(1) INITIAL DISCLOSURES

TO:   ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Defendant CoreCivic, Inc., pursuant to Fed. R. Civ. P. 26(a)(1), has served its Initial Disclosures upon all counsel of record on April 26, 2023 in this matter.

Dated: April 27, 2023

        DEFENDANT CORECIVIC, INC.

        */s/ Anna Little Morris*
        LEM MONTGOMERY, MB # 100686
        ANNA LITTLE MORRIS, MB # 105299
        Butler Snow LLP
        1020 Highland Colony Parkway
        Suite 1400
        Ridgeland, MS 39157
        Phone: 601-985-4410
        Fax:    601-985-4500
        lem.montgomery@butlersnow.com
        anna.morris@butlersnow.com

        ITS ATTORNEYS

## **CERTIFICATE OF SERVICE**

I, Anna Little Morris, one of the attorneys for CoreCivic, Inc., do hereby certify that I have this day served a true and correct copy of the foregoing document by filing it using the ECF system which sent notice of such filing to all counsel of record.

SO CERTIFIED this the 27th day of April, 2023.

/s/ *Anna Little Morris*
Anna Little Morris

68833498.v1