# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**ESTATE OF HENRY MISSICK,**

      **Plaintiff,**

**vs.**                                **Civil Action No. 5:23-cv-00021-KS-BWR**

**CORECIVIC, INC.**

      **Defendant.**

## PLAINTIFFS' NOTICE OF
## SERVICE OF INITIAL DISCLOSURES

Please take notice that the Plaintiffs' initial disclosures were served on the Defendants on April 26, 2023.

                                                Respectfully submitted,

                                                /s/ Robert McDuff
                                                Law Office of Robert McDuff
                                                767 North Congress Street
                                                Jackson, MS 39202
                                                rbm@mcdufflaw.com

                                                Counsel for Plaintiff

CERTIFICATE OF SERVICE

I certify that the foregoing was filed on the ECF system which electronically served all Counsel of Record on this 5th day of May, 2023.

s/ Robert McDuff
Counsel for Plaintiff