# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**ESTATE OF HENRY MISSICK,**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　　　　　**Civil Action No. 5:23-cv-00021-KS-BWR**

**CORECIVIC, INC.**

    **Defendant.**

## PLAINTIFFS' NOTICE OF SERVICE OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

Please take notice that the Plaintiffs' first set of interrogatories and first request for production of documents were served on the Defendants on June 13, 2023.

    Respectfully submitted,

    /s/ Robert McDuff
    Law Office of Robert McDuff
    767 North Congress Street
    Jackson, MS 39202
    rbm@mcdufflaw.com

    Counsel for Plaintiff

CERTIFICATE OF SERVICE

I certify that the foregoing was filed on the ECF system which electronically served all Counsel of Record on this 13th day of June, 2023.

s/ Robert McDuff
Counsel for Plaintiff
