## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**ESTATE OF HENRY MISSICK aka**
**ANTHONY ALEXANDER JONES by and**
**Through Personal Representative**
**OWEN GOODWYNE** **PLAINTIFF**

**VERSUS**      **CIVIL ACTION NO. 5:23-cv-21-KS-BWR**

**CORECIVIC, INC.**      **DEFENDANT**

### NOTICE OF SERVICE OF DISCOVERY

NOTICE IS HEREBY GIVEN that Defendant CoreCivic, Inc., by and through its undersigned counsel, has caused to be served upon Plaintiff, a true and correct copy of the following to all counsel of record via electronic mail on July 31, 2023:

1. ***Defendant CoreCivic, Inc.'s First Set of Interrogatories and First Set of Requests for Production of Documents to Plaintiff.***

The undersigned retains the original of the above papers as custodian thereof.

Respectfully submitted this the 31st day of July, 2023

DEFENDANT CORECIVIC, INC.

*/s/ Anna Little Morris*
LEM MONTGOMERY, MB # 100686
ANNA LITTLE MORRIS, MB # 105299
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39157
Phone: 601-985-4410
Fax:    601-985-4500
lem.montgomery@butlersnow.com
anna.morris@butlersnow.com

ITS ATTORNEYS

## CERTIFICATE OF SERVICE

I, Anna Little Morris, one of the attorneys for CoreCivic, Inc., do hereby certify that I have this day served a true and correct copy of the foregoing document by filing it using the ECF system which sent notice of such filing to all counsel of record.

SO CERTIFIED this the 31st day of July, 2023.

/s/ *Anna Little Morris*
Anna Little Morris

81387053.v1