**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| THE ESTATE OF HENRY MISSICK, | **NOTICE OF SERVICE OF DISCOVERY RESPONSES** |
| *Plaintiff*, | |
| v. | Civil Action No. 5:23-cv-00021-KS-BWR |
| CORECIVIC, INC., | |
| *Defendant*. | |

NOTICE IS HEREBY GIVEN that Plaintiff Estate of Henry Missick, by and through its undersigned counsel, has caused to be served upon Defendant, a true and correct copy of the following to all counsel of record via electronic mail on August 31, 2023:

1. Plaintiff's Response to Defendant's First Set of Interrogatories; and
2. Plaintiff's  Responses to Defendant's First Set of Requests for Production of Documents.

The undersigned retains the originals of the above papers as custodian thereof.

Respectfully submitted this the 1st day of September, 2023

Respectfully Submitted,

   s/ Jeremy Jong
Jeremy Jong*
Al Otro Lado
3511 Banks St.
New Orleans, LA 70119
(504) 475-6728
Jeremy@alotrolado.org

Robert B. McDuff
Miss. Bar No. 2532
767 North Congress Street
Jackson MS 39202
601-259-8484

1

rbm@mcdufflaw.com

*Counsel for Plaintiff*

*\*appearing in this case pro hac vice*

## CERTIFICATE OF SERVICE

I, Jeremy Jong, one of the attorneys for Plaintiff., do hereby certify that on September 1, 2023, I

served a true and correct copy of the foregoing document by filing it using the ECF system

which sent notice of such filing to all counsel of record.


                                                 s/ Jeremy Jong
                                                 Jeremy Jong