**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**ESTATE OF HENRY MISSICK aka**
**ANTHONY ALEXANDER JONES by and**
**Through Personal Representative**
**OWEN GOODWYNE**                                                       **PLAINTIFF**

**VERSUS**                                  **CIVIL ACTION NO. 5:23-cv-21-KS-BWR**

**CORECIVIC, INC.**                                                            **DEFENDANT**

## NOTICE OF SERVICE OF SUPPLEMENTAL PRODUCTION

NOTICE IS HEREBY GIVEN that Defendant CoreCivic, Inc., by and through its undersigned counsel, has caused to be served upon Plaintiff, a true and correct copy of the following to all counsel of record via electronic mail on September 15, 2023 and September 19, 2023:

1. *Defendant CoreCivic, Inc.'s Bates Numbered Documents DEFS-000424-593; and*

2. *Defendant CoreCivic, Inc.'s Bates Numbered Documents DEF-000282-371 (videos).*

The undersigned retains the originals of the above papers as custodian thereof.

Respectfully submitted this the 20th day of September, 2023

                                                 DEFENDANT CORECIVIC, INC.

                                                 */s/ Anna Little Morris*
                                                 LEM MONTGOMERY, MB # 100686
                                                 ANNA LITTLE MORRIS, MB # 105299
                                                 Butler Snow LLP
                                                 1020 Highland Colony Parkway
                                                 Suite 1400
                                                 Ridgeland, MS 39157
                                                 Phone: 601-985-4410
                                                 Fax:     601-985-4500
                                                 lem.montgomery@butlersnow.com
                                                 anna.morris@butlersnow.com

                                                 ITS ATTORNEYS

## CERTIFICATE OF SERVICE

I, Anna Little Morris, one of the attorneys for CoreCivic, Inc., do hereby certify that I have this day served a true and correct copy of the foregoing document by filing it using the ECF system which sent notice of such filing to all counsel of record.

SO CERTIFIED this the 20th day of September, 2023.

>    */s/ Anna Little Morris*
>    Anna Little Morris

82621363.v1