IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**ESTATE OF HENRY MISSICK**                                                     **PLAINTIFF**

**V.**                      **CIVIL ACTION NO. 5:23-cv-0021-KS-BWR**

**CORECIVIC, INC.**                                                            **DEFENDANT**

## JOINT MOTION TO AMEND CASE MANAGEMENT ORDER

Plaintiff Estate of Henry Missick ("Missick") and Defendant CoreCivic, Inc. ("CoreCivic") (collectively referred to as the "Parties"), file this Joint Motion to Amend the Case Management Order, and respectfully show unto the Court as follows:

1. On May 2, 2023, the Court entered its Case Management Order. [Doc. 7].

2. The Order established December 1, 2023, as the discovery deadline and December 15, 2023, as the dispositive and *Daubert*-type motions deadline. [Doc. 7].

3. On August 29, 2023, Plaintiff filed an unopposed motion for an extension of thirty days solely as to expert designation deadlines. [Doc. 15].

4. On August 30, 2023, the Court granted Plaintiff's unopposed motion for extension, extending Plaintiff's expert designation deadline to October 2, 2023, and extending Defendant's expert designation deadline to November 2, 2023. [Doc. 15-1]. The discovery and dispositive/*Daubert* motions deadlines remained the same as originally set in the CMO. [Doc. 7]

5. The Parties have diligently worked to meet these deadlines. Both Parties have served and responded to written interrogatories and requests for production and have produced a substantial number of records in discovery. [Doc. 10-14, 16-18]. The Parties are engaged in good faith conferencing and furthermore are working to identify dates for fact witness depositions. The Parties also are actively working with experts to prepare for their respective designation deadlines.

82692570.v1

However, despite these efforts and based on the developing evidentiary record, the Parties have determined they require additional time to prepare and serve expert reports, conduct remaining discovery, and prepare for the dispositive/*Daubert* motions deadline.

6. Accordingly, the Parties file this joint motion to extend certain deadlines, and specifically, request that the Court amend the Case Management Order to extend Plaintiff's expert designation deadline to November 2, 2023; to extend Defendant's expert designation to December 4, 2023; to extend the discovery deadline to January 1, 2024; to extend the dispositive and *Daubert*-type motions deadline to January 15, 2024; and to reset the settlement conference (currently set for January 4, 2024) to a date following the dispositive/*Daubert* motions deadline.

7. Unless the Court finds that additional case deadlines must be extended/rescheduled as a result of this joint motion, the Parties do <u>not</u> by way of this joint motion request extensions of any additional deadlines set forth in the CMO [Doc. 7], which are: the deadline for motions *in limine* on March 28, 2024; the pretrial conference on April 18, 2024; and the trial setting beginning on May 6, 2024.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court amend its Case Management Order to extend the expert, discovery, and dispositive/*Daubert* deadlines, and to reset the settlement conference, as requested above.

This the 25th day of September, 2023.

                Respectfully submitted,

                CORECIVIC, INC., Defendant

BY:   */s/ Anna Little Morris*
       Lem Montgomery, III (MB # 100686)
       Anna Little Morris (MB # 105299)
       Butler Snow, LLP
       1020 Highland Colony Parkway, Suite 1400
       Ridgeland, MS 39157
       Phone: 601-985-4410

            Fax: 601-985-4500
            lem.montgomery@butlersnow.com
            anna.morris@butlersnow.com
            *Counsel for Defendants*

            ESTATE OF HENRY MISSICK, Plaintiff

BY:   */s/ Jeremy Jong*
            Jeremy Jong, Pro Hac Vice
            Al Otro Lado
            3511 Banks St.
            New Orleans, LA 70119
            (504) 475-6728
            jeremy@alotrolado.org

            Robert B. McDuff (MB # 2532)
            767 North Congress St.
            Jackson, MS 39202
            (601) 259-8484
            rbm@mcdufflaw.com
            *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I, Anna Little Morris, do hereby certify that I filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all registered attorneys:

| | |
|---|---|
| Jeremy Jong, Pro Hac Vice | Robert B. McDuff (MB #2532) |
| Al Otro Lado | 767 North Congress St. |
| 3511 Banks St. | Jackson, MS 39232 |
| New Orleans, LA 70119 | (601) 259-8484 |
| (504) 475-6728 | rbm@mcdufflaw.com |
| jeremy@alotrolado.org | |

*ATTORNEYS FOR PLAINTIFF*

  SO CERTIFIED, this the 25th day of September, 2023.

82692570.v1