IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**ESTATE OF HENRY MISSICK aka**
**ANTHONY ALEXANDER JONES by and**
**Through Personal Representative**
**OWEN GOODWYNE**                                                                                    **PLAINTIFF**

VERSUS                                              CIVIL ACTION NO. 5:23-cv-21-KS-BWR

**CORECIVIC, INC.**                                                                                     **DEFENDANT**

### NOTICE OF SERVICE OF DISCOVERY RESPONSES AND SUPPLEMENTAL PRODUCTION

NOTICE IS HEREBY GIVEN that Defendant CoreCivic, Inc., by and through its undersigned counsel, has caused to be served upon Plaintiff, a true and correct copy of the following to all counsel of record via electronic mail on October 16, 2023:

1. *Defendant CoreCivic, Inc.'s Responses to Plaintiff's Second Set of Interrogatories; and*

2. *Defendant CoreCivic, Inc.'s Bates Numbered Documents DEF-000594-647.*

The undersigned retains the originals of the above papers as custodian thereof.

Respectfully submitted this the 16th day of October, 2023

                DEFENDANT CORECIVIC, INC.

                */s/ Anna Little Morris*
                LEM MONTGOMERY, MB # 100686
                ANNA LITTLE MORRIS, MB # 105299
                Butler Snow LLP
                1020 Highland Colony Parkway
                Suite 1400
                Ridgeland, MS 39157
                Phone: 601-985-4410
                Fax:   601-985-4500
                lem.montgomery@butlersnow.com
                anna.morris@butlersnow.com

                ITS ATTORNEYS

## CERTIFICATE OF SERVICE

I, Anna Little Morris, one of the attorneys for CoreCivic, Inc., do hereby certify that I have this day served a true and correct copy of the foregoing document by filing it using the ECF system which sent notice of such filing to all counsel of record.

SO CERTIFIED this the 16th day of October, 2023.

*/s/ Anna Little Morris*
Anna Little Morris

83638294.v1