# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**ESTATE OF HENRY MISSICK aka**
**ANTHONY ALEXANDER JONES by and**
**Through Personal Representative**
**OWEN GOODWYNE**                                                             **PLAINTIFF**

**VERSUS**                                           **CIVIL ACTION NO. 5:23-cv-21-KS-BWR**

**CORECIVIC, INC.**                                                                   **DEFENDANT**

## NOTICE OF SERVICE OF DISCOVERY RESPONSES
## AND SUPPLEMENTAL PRODUCTION

NOTICE IS HEREBY GIVEN that Defendant CoreCivic, Inc., by and through its undersigned counsel, has caused to be served upon Plaintiff, a true and correct copy of the following to all counsel of record via electronic mail on October 31, 2023:

1. *Defendant CoreCivic, Inc.'s Supplemental Document Production (Bates Numbered Documents DEF-000648 – DEF-000735);*

2. *Defendant CoreCivic, Inc.'s Responses to Plaintiff's Second Set of Requests for Production of Documents;*

3. *Defendant CoreCivic, Inc.'s Supplemental Responses to Plaintiff's First Set of Interrogatories;*

4. *Defendant CoreCivic, Inc.'s Supplemental Responses to Plaintiff's Second Set of Interrogatories; and*

5. *Defendant CoreCivic, Inc.'s Supplemental Responses to Plaintiff's First Set of Requests for Production of Documents.*

6. The undersigned retains the originals of the above papers as custodian thereof.

Respectfully submitted this the 1st day of November, 2023

                                                DEFENDANT CORECIVIC, INC.

                                                */s/ Anna Little Morris*
                                                LEM MONTGOMERY, MB # 100686
                                                ANNA LITTLE MORRIS, MB # 105299

        Butler Snow LLP
        1020 Highland Colony Parkway
        Suite 1400
        Ridgeland, MS 39157
        Phone: 601-985-4410
        Fax:    601-985-4500
        lem.montgomery@butlersnow.com
        anna.morris@butlersnow.com

        ITS ATTORNEYS

## **CERTIFICATE OF SERVICE**

I, Anna Little Morris, one of the attorneys for CoreCivic, Inc., do hereby certify that I have this day served a true and correct copy of the foregoing document by filing it using the ECF system which sent notice of such filing to all counsel of record.

SO CERTIFIED this the 1st day of November, 2023.

        */s/ Anna Little Morris*
        Anna Little Morris

84218255.v1