IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**ESTATE OF HENRY MISSICK aka
ANTHONY ALEXANDER JONES by and
Through Personal Representative
OWEN GOODWYNE**                                                                                     **PLAINTIFF**

**VERSUS**                                                               **CIVIL ACTION NO. 5:23-cv-21-KS-BWR**

**CORECIVIC, INC.**                                                                                        **DEFENDANT**

## NOTICE OF SERVICE OF SUPPLEMENTAL DISCOVERY RESPONSES AND PRODUCTION

NOTICE IS HEREBY GIVEN that Defendant CoreCivic, Inc., by and through its undersigned counsel, has caused to be served upon Plaintiff, a true and correct copy of the following to all counsel of record via electronic mail on October 31, 2023:

1. *Defendant CoreCivic, Inc.'s Supplemental Document Production (Bates Numbered Documents DEF-000736 – DEF-001429;*

2. *Defendant CoreCivic, Inc.'s Second Supplemental Responses to Plaintiff's First Set of Interrogatories;*

3. *Defendant CoreCivic, Inc.'s Second Supplemental Responses to Plaintiff's Second Set of Interrogatories;*

4. *Defendant CoreCivic, Inc.'s Second Supplemental Responses to Plaintiff's First Set of Requests for Production of Documents.*

5. The undersigned retains the originals of the above papers as custodian thereof.

Respectfully submitted this the 17th day of November, 2023

DEFENDANT CORECIVIC, INC.

*/s/ Lem Montgomery*
LEM MONTGOMERY, MB # 100686
ANNA LITTLE MORRIS, MB # 105299
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39157
Phone: 601-985-4410
Fax:     601-985-4500
lem.montgomery@butlersnow.com
anna.morris@butlersnow.com

## CERTIFICATE OF SERVICE

I, Lem Montgomery, one of the attorneys for CoreCivic, Inc., do hereby certify that I have this day served a true and correct copy of the foregoing document by filing it using the ECF system which sent notice of such filing to all counsel of record.

SO CERTIFIED this the 17th day of November, 2023.

*/s/ Lem Montgomery*
Lem Montgomery

84582042.v1