```
 1                   IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
 2                            WESTERN DIVISION

 3


 4    ESTATE OF HENRY MISSICK,
      AKA ANTHONY ALEXANDER JONES, BY AND THROUGH
 5    PERSONAL REPRESENTATIVE OWEN GOODWYNE          PLAINTIFF

 6    VERSUS                   CIVIL ACTION NO. 5:23-CV-00021-KS-BWR

 7    CORECIVIC, INC.                                DEFENDANT

 8

 9
                            SETTLEMENT PROCEEDINGS
10            BEFORE THE HONORABLE BRADLEY W. RATH,
                    UNITED STATES MAGISTRATE JUDGE,
11                        JANUARY 4, 2024,
                        NATCHEZ, MISSISSIPPI
12

13

14

15    APPEARANCES:

16    FOR THE PLAINTIFF:     ROBERT B. MCDUFF, ESQ.
                             JEREMY JONG, ESQ.
17
      FOR THE DEFENDANT:     LINDLEY ANNA LITTLE MORRIS, ESQ.
18

19

20

21
      TRANSCRIBED BY:
22
         CANDICE S. CRANE, RPR, RCR, CCR #1781
23       OFFICIAL COURT REPORTER
         501 E. Court Street, Suite 2.500
24       Jackson, Mississippi  39201
         Telephone:  (601)608-4187
25       E-mail:  Candice_Crane@mssd.uscourts.gov
```

1                          **TABLE OF CONTENTS**

2    Style and appearances..................................  1

3    WITNESS:  OWEN GOODWYNE

4        Examination by the Court............................  6

5    WITNESS:  TOM SHAW

6        Examination by the Court............................  7

7    Certificate of Court Reporter......................... 11

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              **IN OPEN COURT, JANUARY 4, 2024**

2

3         MS. BUSBY:  The matter before the Court is Estate of

4    Henry Missick versus CoreCivic, Inc., Civil Docket No.

5    5:23-CV-21-KS-BWR.  The matter is set for a settlement

6    conference.

7         THE COURT:  Okay.  Good evening.  We're on the

8    record in the matter of the Estate of Henry Missick, AKA

9    Anthony Alexander Jones, by and through personal

10   representative Owen Goodwyne versus the defendant

11   CoreCivic, Incorporated.

12        I'm going to ask counsel to identify themselves and

13   their clients beginning with the plaintiff.

14        MR. MCDUFF:  Rob McDuff and Jeremy Jong for the

15   plaintiff, estate of Henry Missick --

16        MS. BUSBY:  Can you speak into the microphone?

17        MR. MCDUFF:  Oh, I'm sorry.

18        THE COURT:  Yeah, find a microphone everybody.

19        MR. MCDUFF:  Okay.  Rob McDuff and Jeremy Jong for

20   the plaintiff, estate of Henry Missick, and also present is

21   Owen Goodwyne, the personal representative of the estate.

22        THE COURT:  And on behalf of the defense?

23        MS. MORRIS:  Lindley Morris representing Defendant

24   CoreCivic, Incorporated, and our representative, Tom Shaw.

25        THE COURT:  It's my understanding the parties in

1  this matter have reached a settlement agreement.

2        Mr. Jong, is that correct?

3        MR. JONG:  That's correct, sir.

4        THE COURT:  Ms. Morris, is that correct?

5        MS. MORRIS:  It is.

6        THE COURT:  Okay.  I'm going to ask counsel for the

7  Defendant CoreCivic, Ms. Morris, to announce the terms of

8  the settlement.  Then I'm going to ask opposing counsel to

9  confirm those terms and clarify any terms of settlement as

10  needed.  Once those terms have been announced, I will then

11  swear-in a representative for each party concerning the

12  settlement terms.

13        Ms. Morris, when you're ready, you may proceed with

14  your announcement.

15        MS. MORRIS:  Okay.  In exchange for the settlement

16  payment, the following are the material terms:

17        A full and final release of all claims brought or

18  that could have been brought, dismissal of the lawsuit with

19  prejudice.

20        The plaintiff will be responsible for liens, if any,

21  and will indemnify the defendant for any such liens.

22        Payment will be due within 30 days of an executed

23  written release.

24        The settlement will be subject to approval by the

25  Broward County, Florida, Circuit Court; and, therefore,

1   there will not be a confidentiality provision.

2        Each party is to bear its own costs, fees, and

3   expenses, and the Court will retain jurisdiction until the

4   settlement is finalized.

5        THE COURT:  And do you also understand that the

6   settlement amount is a onetime payment by CoreCivic,

7   Incorporated, to the estate of Henry Missick in the amount

8   of $200,000?

9        MS. MORRIS:  Correct.

10        THE COURT:  All right.  Mr. McDuff, you were present

11   in the courtroom when Ms. Morris announced the terms of

12   settlement.  Did she accurately announce the terms of the

13   parties' settlement?

14        MR. MCDUFF:  Yes, she did, Your Honor.

15        THE COURT:  Were there any material terms of the

16   settlement that were not included in her announcement?

17        MR. MCDUFF:  All material terms were included.

18        THE COURT:  Okay.  Mr. Jong, you were present during

19   this proceeding and heard the announcement made by

20   Ms. Morris?

21        MR. JONG:  Yes, Your Honor.

22        THE COURT:  Okay.  And did she accurately announce

23   the terms of the parties' settlement?

24        MR. JONG:  Yes, Your Honor.

25        THE COURT:  Were there any material terms of the

1  settlement that were not included in the announcement?

2       MR. JONG:  There were not.

3       THE COURT:  Okay.  Ms. Busby, if you would, please

4  swear-in the plaintiff's representative, Mr. Owen Goodwyne.

5                    **OWEN GOODWYNE**,

6       **having been first duly sworn, was examined and**

7  **testified as follows...**

8                    **EXAMINATION**

9  **BY THE COURT:**

10 Q.    If you would, please state your name.

11 A.    Is it on?  Owen Goodwyne.  I'm the personal

12 representative of the estate of Henry Missick, also known

13 as Anthony Alexander Jones.

14 Q.    Okay.  And, Mr. Goodwyne, in your capacity as the

15 personal representative for the estate of Henry Missick,

16 AKA Anthony Alexander Jones, are you authorized and

17 empowered to enter into and bind this settlement agreement

18 that has been reached this evening?

19 A.    Yes, I am.

20 Q.    And you were present in the courtroom when the terms

21 of the settlement were announced?

22 A.    Yes.

23 Q.    And did you hear the terms of the settlement as they

24 were announced?

25 A.    I did.

```
 1   Q.     Do you understand the terms of the settlement?

 2   A.     I understand the terms.

 3   Q.     And are you in agreement with the terms of the

 4   settlement?

 5   A.     I'm in agreement with the terms.

 6   Q.     Okay.  Do you understand the settlement of this

 7   matter will bring this case to a full and final conclusion?

 8   A.     I do.

 9   Q.     And do you understand that as a result of this

10   settlement, this case will be dismissed by the United

11   States District Court Judge?

12   A.     I do.

13   Q.     And do you understand that once the parties

14   represent to me that the settlement terms have been met,

15   that the case will be dismissed by the District Court

16   Judge?

17   A.     I understand.

18          THE COURT:  Okay.  Ms. Busby, if you would, please

19   swear-in Mr. Tom Shaw, representative for CoreCivic,

20   Incorporated.

21                        TOM SHAW,

22          having been first duly sworn, was examined and

23   testified as follows...

24                        EXAMINATION

25   BY THE COURT:
```

1    Q.    If you would, please state your name.

2    A.    Tom Shaw.

3    Q.    And, Mr. Shaw, what's the measure of your

4    affiliation with CoreCivic, Incorporated?

5    A.    I'm an assistant general counsel at CoreCivic.

6    Q.    And in that capacity, are you authorized to enter

7    into and bind this settlement agreement?

8    A.    I am.

9    Q.    And were you present in the courtroom when the terms

10   of the settlement were announced?

11   A.    Yes.

12   Q.    And did you hear the terms of the settlement as they

13   were announced?

14   A.    Yes.

15   Q.    Do you understand the terms of the settlement?

16   A.    Yes.

17   Q.    Are you in agreement with the terms of the

18   settlement?

19   A.    Yes.

20   Q.    Do you understand the settlement of this matter will

21   bring this case to a full and final conclusion?

22   A.    Yes.

23   Q.    Do you understand that as a result of this

24   settlement, this case will be dismissed by the United

25   States District Court Judge?

1    A.     Yes.

2    Q.     Are you in agreement that once the settlement has

3    been approved by the Broward County, Florida, Circuit Court

4    and the release has been executed that this case will be

5    dismissed by the United States District Court Judge?

6    A.     Yes.

7         THE COURT:  Okay.  I want to commend the attorneys

8    and the parties in this case for sticking out what has been

9    a long afternoon and finding a way to get this case

10   resolved.  I do believe y'all have made a good decision in

11   getting this case resolved.

12        The Court will enter a minute entry indicating the

13   case has settled, but will require the approval of the

14   Broward County Circuit Court in order to bring the

15   settlement to a full and final consummation.  So we'll

16   enter that order, and if there are any pending motions at

17   this point, those motions will be terminated as moot,

18   subject to your right to refile later if for some reason

19   this case goes sideways.

20        Is there anything further in this matter on behalf

21   of the plaintiff?

22        MR. MCDUFF:  Nothing, Your Honor.

23        THE COURT:  Is there anything further on behalf of

24   the defense?

25        MS. MORRIS:  There is not, Your Honor.

1          THE COURT:   Okay.   Court will stand in recess.

2          Thank you.

3     * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**COURT REPORTER'S CERTIFICATE**

     I, Candice S. Crane, Official Court Reporter for the United States District Court for the Southern District of Mississippi, do hereby certify that the above and foregoing pages contain a full, true, and correct transcript of the proceedings had in the forenamed case at the time and place indicated, which proceedings were digitally recorded by the courtroom deputy clerk and later transcribed by me from said recording to the best of my skill and ability.

     I further certify that the transcript fees and format comply with those prescribed by the Court and Judicial Conference of the United States.

     THIS, the 17th day of January, 2024.


/s/ Candice S. Crane, RCR CCR

Candice S. Crane, RCR, CCR #1781
Official Court Reporter
United States District Court
Candice_Crane@mssd.uscourts.gov